UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA'SHONTE MORRIS, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>SPSSM INVESTMENTS 8 LP and BANK OF NEW YORK MELLON and all of their successors and assignees in interest,<br><br>　　　　　　　Defendants. | CASE NO. CV 14-01305 MMM (MANx)<br><br>JUDGMENT FOR DEFENDANTS |

　　　　On June 4, 2014, the court dismissed La'Shonte Morris' claim for violation of the Truth in Lending Act ("TILA"), 15 U.S.C. § 1601 with leave to amend. Morris did not restate her TILA claim in the amended complaint she filed on June 23, 2014. On October 14, 2014, the court, on its own motion, dismissed the first amended complaint for lack of subject matter jurisdiction. The court declined to exercise supplemental jurisdiction over Morris' state law claims for declaratory judgment, unlawful foreclosure, quiet title, and violation of California Business and Professions Code § 17200. Accordingly,

IT IS ORDERED AND ADJUDGED

1. That plaintiff's TILA claim be dismissed with prejudice;

2. That plaintiff's declaratory judgment, unlawful foreclosure, quiet title, and violation of California Business and Professions Code § 17200 claims are dismissed without prejudice to being refiled in state court; and

3. That the action be, and is hereby, dismissed.

DATED: October 16, 2014

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE